UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE: )
)
JUBILEE FARMS ) CASE NO. 18-30080
) CHAPTER 12
DEBTOR )
_____ )

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND ABANDONMENT OF PROPERTY

Comes now Farm Credit Services of America, PCA (hereinafter "Farm Credit Services"), a secured creditor, by counsel, and respectfully moves the Court to terminate the automatic stay imposed by 11 U.S.C. Section 362, and abandon its collateral herein-after described, and as basis therefor states as follows:

1. The Debtor is currently indebted to Farm Credit Services in the amount of $182,419.83, plus post-petition interest, costs and attorney fees.

2. The indebtedness is pursuant to a Default Judgment entered in Henry Circuit Court, Case No. 17-CI-00163.

3. Farm Credit Services' Judgment is based on a first and a prior lien perfected by a UCC-1 Financing Statement on two (2) John Deere 608C Corn Heads and a 1790 John Deere Planter (the "Collateral") which secure the Default Judgment.

4. Additionally, Farm Credit Services is secured by a lien on all of the Debtor's real estate, pursuant to Notice of Judgment Lien recorded in the Henry County Clerk's Office on October 27, 2017.

5. The Debtor has failed to adequately protect Farm Credit Services' interest in its Collateral because the Debtor has failed to make payments to Farm Credit Services. Specifically, the

Debtor is past-due for the annual installments due February 1, 2017, plus interest, legal fees and expenses.

6. Further, based on a review of the Debtor's Schedules, it appears that there is no equity in Farm Credit Services' collateral, and the Debtor is incapable of reorganizing, so cause exists for the termination of the stay.

WHEREFORE, Farm Credit Services respectfully requests that this Court enter the attached Order terminating the automatic stay, and abandoning the above-described collateral, and that Farm Credit Services be awarded its attorneys fees and costs incurred in the bringing of this motion.

Respectfully submitted,

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky  40202
(502) 584-1000
COUNSEL FOR FARM CREDIT SERVICES
OF AMERICA, PCA

## NOTICE AND OPPORTUNITY FOR HEARING

The parties are hereby given notice that unless Objections are filed within fourteen (14) days from the date of this Motion, an Order terminating stay will be tendered to the Court, and said Order will be entered without a hearing on the Motion.  However, the trustee will have fourteen (14) days from the conclusion of the Meeting of Creditors to object to abandonment of the property of the estate that is the subject of the motion.  If no objection or motion for extension of time is filed prior to the expiration of this fourteen (14) day period, then the property

will be deemed abandoned on the 15th day following the conclusion of the Meeting of Creditors,

subject to FRBP 9006(a)(1).

Respectfully submitted,

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky  40202
(502) 584-1000
COUNSEL FOR FARM CREDIT
SERVICES OF AMERICA, PCA

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 5TH day of April, 2018, served by electronic mail or regular mail upon the following:

Neil C. Bordy
Keith J. Larson
2200 Meidinger Twr
462 S. 4th Avenue
Louisville, Kentucky  40202

US Trustee
100 E. Vine St #500
Lexington, Kentucky  40507

Jubilee Farms
11988 River Road
Campbellsville, Kentucky  40011

/s/ Lisa Koch Bryant
Lisa Koch Bryant