**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

**IN RE:**

                                       **CASE NO. 18-30080**

**JUBILEE FARMS**

                                       **CHAPTER 12**

**DEBTOR(S)**                              **Judge Gregory R. Schaaf**

---

**OBJECTION OF TRUSTEE TO**
**MOTION FOR RELIEF FILED BY**
**FARM CREDIT SERVICES OF AMERICA, PCA**

---

COMES NOW, Michael L. Baker, Chapter 12 Trustee, and objects to the Motion of Farm Credit Services of America, PCA (hereinafter "Farm Credit Services") [Doc. 31].

Farm Credit Services has filed a motion for relief virtually simultaneously after the Debtor filed the Chapter 12 Petition. The Trustee is scheduled to conduct the Meeting of Creditors on this matter on April 23, 2018, at Frankfort. The Trustee objects because the Trustee has not had an opportunity to determine the extent and validity of the security interest asserted by Farm Credit Services. The Trustee further has not yet been able to determine the extent of which the collateral claimed by Farm Credit Services is necessary for the reorganizational efforts of the Debtor. In addition, the Trustee is unable to determine, at this time, whether Farm Credit Services is already adequately protected, if in fact it has a valid lien on the asserted collateral.

The Trustee requests that the Motion be overruled pending the investigation by the Trustee into the issues raised in this Objection.

Respectfully submitted,

/s/  Michael L. Baker
Michael L. Baker (02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY  41017-5710
(859) 426-1300
Facsimile:  (859) 426-0222
mbaker@zslaw.com
*Chapter 12 Trustee*

NOTICE

Please take notice that this matter is set for hearing before the Honorable Judge Gregory R. Schaaf on May 24, 2018, at 10:00 a.m., at the US Bankruptcy Court, Community Trust Building, 100 East Vine Street, 2nd Floor Courtroom, Lexington, Kentucky 40507, or as soon thereafter as counsel may be heard.

CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 19th day of April, 2018, a copy of the foregoing was served either by First Class U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Neil C Bordy
2200 Meidinger Twr
462 S. 4th Ave.
Louisville, KY 40202-3446

and

Keith J Larson
462 S 4th Street, Ste. 2200
Louisville, KY 40202
*Attorneys for Debtor*

2

Jubilee Farms
11988 River Road
Campbellsburg, KY 40011

Lisa Koch Bryant
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, KY 40202
*Attorney for Farm Credit Services of America, PCA*

    /s/  Michael L. Baker
Michael L. Baker