UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JUBILEE FARMS, and | ) | CASE NO. 18-30080 |
| QUICKERT FARMS, LLC | ) | ADMINISTRATIVELY CONSOLIDATED |
| | ) | |
| Debtor | ) | CHAPTER 12 |
| | ) | |

## NOTICE OF HEARING

Please take notice that a hearing on Farm Credit Services of America PCA's Motion for

Relief from Automatic Stay [DN 31] and the Objection [DN 40] thereto filed by the Debtors has

been scheduled for May 24, 2018 at 10:00 AM at Lexington Courtroom, 2nd Floor, 100 East Vine

Street, Lexington, Kentucky 40507.

Respectfully submitted,

*/s/ Neil C. Bordy*
NEIL C. BORDY
KEITH J. LARSON
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone:  (502) 584-7400
Facsimile:  (502) 583-2100
E-mail: bordy@derbycitylaw.com
E-mail:larson@derbycitylaw.com
*Counsel for Debtors*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on April 20, 2018 a copy of the forgoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the Chapter 12 Trustee, the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

*/s/ Neil C. Bordy*
NEIL C. BORDY

G:\doc\NCB\Jubilee Farms\Pldgs\Notice of Hearing.doc