**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                            CASE NUMBER 18-30080

    Jubilee Farms

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 5/24/2018                                          TIME: 10:00

APPEARANCES:

ISSUE:

| 31 | 4/5/2018 | Motion for Relief from Stay, filed by FARM CREDIT SERVICES OF AMERICA, PCA Fee Amount 181. Last day to file objections: <i>4/19/2018</I>. (Bryant, Lisa) |

DISPOSITION:
    AO

JUDGE'S NOTES:

    14 days

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Friday, May 25, 2018**
**(rah)**