UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE:                                      )
                                            )
JUBILEE FARMS, and                          )        CASE NO. 18-30080
QUICKERT FARMS, LLC                         )        ADMINISTRATIVELY CONSOLIDATED
                                            )
                        Debtor              )        CHAPTER 12
                                            )

**AGREED ORDER FOR ADDITIONAL TIME
TO FILE AGREED ORDER ON THE
MOTION FOR RELIEF FROM AUTOMATIC STAY
AND ABANDONMENT OF PROPERTY**

\* \* \*   \* \* \*   \* \* \*

Come now the Debtors, Jubilee Farms and Quickert Farms, LLC, and Farm Credit
Services of America, PCA, by their respective counsel, and hereby agree to extend the deadline
for the Agreed Order on the Motion for Relief from Automatic Stay and Abandonment of
Property [DN 31], the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** by the Court that the parties have up to and including,
Friday, June 15, 2018, in which to file their Agreed Order on the Motion for Relief from
Automatic Stay and Abandonment of Property [DN 31].

HAVING SEEN AND AGREED TO:


/s/ NEIL C. BORDY
NEIL C. BORDY
KEITH J. LARSON
SEILLER WATERMAN LLC
Meidinger Tower, 22nd Floor
462 South 4th Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: bordy@derbycitylaw.com
E-mail: larson@derbycitylaw.com
*Counsel for Debtors*

/s/ LISA KOCH BRYANT W/PERMISSION
LISA KOCH BRYANT
TILFORD DOBBINS & SCHMIDT, PLLC
401 WEST MAIN STREET, Suite 1400
Louisville, KY 40202 08540
Telephone: (502) 584-1000
E-mail: lbryant@tilfordlaw.com
*Counsel for Creditor, Farm Credit Services of America, PCA*


/s/ Michael L. Baker w/Permission
MICHAEL L. BAKER
541 Buttermilk Pk #500
PO Box 175710
Covington, KY 41017-5710
Telephone: (859) 426-1300
E-mail: trusteemlb@zslaw.com
*Chapter 12 Trustee*


G:\doc\NCB\Jubilee Farms\Pldgs\AOAddtlTimeAOFarmCredit.doc

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, June 08, 2018**
**(grs)**