**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

**IN RE**

| | |
|---|---|
| **JUBILEE FARMS and** | **CASE NO. 18-30080** |
| **QUICKERT FARMS, LLC** | **ADMINISTRATIVELY** |
| | **CONSOLIDATED** |
| **DEBTORS** | |

**ORDER**

This matter is before the Court on: (1) the Debtors' Emergency Motion to Authorize and Direct the Chapter 12 Trustee to Receive All Estate Funds Being Held by Debtors' Counsel [ECF No. 157]; and (2) An Emergency Motion for Debtors to Provide Immediate Accounting of All Proceeds From Sale of 2018 Crops and to Compel Debtors to Comply with Agreed Cash Collateral Order [ECF No. 161] filed by Farm Credit Mid-America FLCA and Farm Credit Mid-America PCA (collectively "FCMA").   A hearing on these motions and the Debtors' Emergency Motion to Withdraw as Counsel and to Stay this Bankruptcy Case to Allow Debtors to Obtain Alternative Counsel ("Motion to Withdraw") was held on January 24, 2019.   [*See* ECF Nos. 156, 173.]

The Motion to Withdraw was granted by separate order.   [ECF No. 174 ("Withdrawal Order".]   Permission to withdraw as counsel is subject to certain conditions that address the relief requested in the Motions addressed herein.   Therefore, it is ORDERED that:

(1)     The Debtors' Emergency Motion to Authorize and Direct the Chapter 12 Trustee to Receive All Estate Funds Being Held by Debtors' Counsel [ECF No. 157] is DENIED; and

(2)     The Emergency Motion for Debtors to Provide Immediate Accounting of All Proceeds From Sale of 2018 Crops and to Compel Debtors to Comply with Agreed Cash

Collateral Order [ECF No. 161] is GRANTED IN PART and DENIED IN PART as provided in

the Withdrawal Order.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, January 28, 2019**
(grs)